UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY CO.,<br><br>    Plaintiff,<br><br>vs.<br><br>LIVE SF ENTERTAINMENT, INC., et al.,<br><br>    Defendants. | Case No.: 12-cv-05102-YGR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISMISS** |

This action was commenced on October 1, 2012. (Dkt. No. 1.) On November 5, 2012, Defendants jointly filed a Motion to Dismiss. (Dkt. No. 10.) Plaintiff filed a Non-Opposition to Motion to Dismiss on November 9, 2012. (Dkt. No. 14.)

In light of Plaintiff's non-opposition, this action is hereby **DISMISSED WITHOUT PREJUDICE**. This Order terminates Dkt. No. 10.

**IT IS SO ORDERED**.

Dated: November 28, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**